# EXHIBIT A

IN THE CIRCUIT COURT FOR THE STATE OF OREGON

FOR MULTNOMAH COUNTY

| | |
|---|---|
| **DAVID JOHNSON**<br>**CHRIS HARRIS**<br>individually and on behalf<br>of other customers,<br><br>                    Plaintiffs,<br><br>          vs.<br><br>**MARRIOTT**<br>**INTERNATIONAL, INC.**<br><br>                    Defendant. | Case No.<br><br>**CLASS ACTION**<br>**COMPLAINT**<br><br>Negligent Data Breach<br><br>Not Subject to Mandatory Arbitration<br><br>Filing Fee Authority: ORS 21.135(1) |

1.

**FACTUAL ALLEGATIONS**

In days past, hotel customers had to worry about things like unwashed towels and bed bugs. In today's digital age, the primary worry of hotel customers is the security of their card numbers and other sensitive personal information.

**CLASS ACTION COMPLAINT** – Page 1 of 7

2.

For the past four years, over 500 million customers expecting a comfortable worry-free stay at Marriott were instead exposed to one of the largest digital infestations in history. Marriott knew that its failure to protect its customers' personal information from unauthorized access would cause serious risks of unauthorized activity, fraudulent charges, credit harm, identify theft, and increased spam for years to come. Marriott has been on notice that its data systems were vulnerable to a massive breach for the past several years, in part because Marriott was already the target of a successful cyber-attack in 2015, exposing its customers' card numbers to hackers.

3.

On its website, Marriott claims to live by the #GoldenRule.[1] Marriot says it treats its customers as it would like to be treated. Marriott claims the #GoldenRule has always been its guiding principle, but this massive negligent data breach proves that Marriott has lost its way. Plaintiffs, former or current Marriott customers who were affected by its massive data breach, bring this case as part of a nationwide class action effort to allow up to $12.5 billion in fair compensation.

---

[1] http://goldenrule.marriott.com/

**CLASS ACTION COMPLAINT** – Page 2 of 7

4.

Plaintiffs bring this action to ensure that Marriott and all other multibillion-dollar international hotel chains understand that respecting the privacy of their customers means taking all steps necessary to ensure that their personal information is not accessed by unauthorized third parties.

5.

Defendant Marriott International, Inc. (Marriott) is a $40 billion net worth publicly traded Delaware corporation with over 6,700 hotel locations worldwide, over 170,000 employees, and over $20 billion in annual revenue. Marriott conducted regular and sustained business in Multnomah County, Oregon and regularly took reservations in Oregon from 2014 to 2018.

6.

This complaint's allegations are based on personal knowledge as to plaintiffs' own behavior and made upon information and belief as to the behavior of others. Plaintiffs are among the 500 million people who made reservations at Marriott from 2014 to 2018 using their card numbers, names, addresses, dates of birth, email addresses, phone numbers, and other personal information, and who were then injured due to Marriott's negligent data breach.

**CLASS ACTION COMPLAINT** – Page 3 of 7

7.

Plaintiffs request Marriott provide fair compensation that will ensure every customer affected by its data breach will not be out-of-pocket for the costs and harm caused by unauthorized credit and debt activity, fraudulent charges, identity theft, increased spam, and independent third-party credit repair and monitoring services. Throughout the past four years, Marriott collected and stored personal information from plaintiffs. Marriott owed a legal duty to plaintiffs to use reasonable care to protect their personal information from unauthorized access by third parties. Marriott knew that its failure to protect plaintiffs' personal information from unauthorized access would cause serious risks of unauthorized activity, fraudulent charges, credit harm, identify theft, and increased spam for years to come.

8.

On November 30, 2018, Marriott announced for the first time that it had been hacked by unauthorized third parties, subjecting plaintiffs to unauthorized activity, fraudulent charges, credit harm, identify theft, and increased spam and other economic damages. Marriott knew it had been hacked for several months, and failed to timely notify customers of its data breach in the most expeditious manner possible as the law requires. In an attempt to increase profits, Marriott negligently failed to maintain adequate technological safeguards to protect plaintiffs' information from unauthorized access by hackers. Hackers targeted plaintiffs' information for the sole purpose of using the information to commit fraud.

**CLASS ACTION COMPLAINT** – Page 4 of 7

9.

Marriott knew and should have known that failure to maintain adequate technological safeguards would eventually result in a massive data breach, in part because its systems had been the target of a successful cyber-attack in 2015, exposing its customers' card numbers to hackers. Marriott could have and should have substantially increased the amount of money it spent to protect against cyber-attacks but chose not to. Plaintiffs and other customers should not have to bear the expense caused by Marriott's negligent failure to safeguard their card numbers and personal information from cyber-attackers.

10.

As a direct result of Marriott's negligence as alleged in this complaint, plaintiffs suffered economic damages including unauthorized credit and debt activity, fraudulent charges, identity theft, increased spam, independent third-party credit repair and monitoring costs, and the actual loss of card information and other personal information to hackers seeking to use the information for fraudulent purposes. The economic damages Marriott caused its customers could have been mitigated had Marriott notified them that their information was compromised in the most expeditious manner.

**CLASS ACTION COMPLAINT** – Page 5 of 7

11.

## CAUSE OF ACTION

### Negligence

As alleged in this complaint, Marriott undertook care of card numbers and other personal information belonging to plaintiffs and the putative class members, then breached its legal duty by failing to maintain adequate technological safeguards, falling below the standard of care in the technological industry, directly and proximately causing foreseeable economic damages including unauthorized credit and debt activity, fraudulent charges, identity theft, increased spam, independent third-party credit repair and monitoring costs, and the actual loss of personal information to hackers seeking to use the information for fraudulent purposes, in amounts to be decided by the jury. Marriott's failure to comply with laws requiring it to notify customers of its data breach in the most expeditious manner possible constituted negligence per se. Plaintiffs and the putative class members are entitled to a court order requiring Marriott to maintain adequate technological safeguards to avoid another massive data breach in the future, equitable relief in the form of an accounting of exactly how their card numbers and other personal information were accessed without authorization by third parties, and unless agreed upon by Marriott, an order to preserve all documents and information (and electronically stored information) pertaining to this case. This is not a request for damages.

**CLASS ACTION COMPLAINT** – Page 6 of 7

12.

## PRAYER FOR RELIEF

**A.** Injunctive and equitable relief as described in paragraph 11,

**B.** An order certifying this matter as a class action,

**C.** Reimbursement of costs, and

**D.** Other relief the Court may deem necessary.

## REQUEST FOR JURY TRIAL

Plaintiffs respectfully request a trial by a jury of their peers.

November 30, 2018

RESPECTFULLY FILED,

/s/ Michael Fuller

**Mark Geragos, Pro Hac Pending**
**Ben Meiselas, Pro Hac Pending**
**Lori Feldman, Pro Hac Pending**
Of Attorneys for Plaintiffs
Geragos & Geragos
Historic Engine Co. No. 28
644 South Figueroa Street
Los Angeles, California 90017
geragos@geragos.com
Phone 213-625-3900

**Michael Fuller, OSB No. 09357**
Lead Trial Attorney for Plaintiffs
OlsenDaines
US Bancorp Tower
111 SW 5th Ave., Suite 3150
Portland, Oregon 97204
michael@underdoglawyer.com
Direct 503-743-7000

**Kelly Jones, OSB No. 074217**
Of Attorneys for Plaintiffs
The Law Office of Kelly Jones
kellydonovanjones@gmail.com
Phone 503-847-4329

**CLASS ACTION COMPLAINT** – Page 7 of 7

# EXHIBIT B

## Case Information

18CV54883 | David Johnson, Chris Harris vs Marriott International, Inc.

| Case Number | Court | |
|---|---|---|
| 18CV54883 | MUL Civil | |
| File Date | Case Type | Case Status |
| 11/30/2018 | Tort - General | Open |

## Party

| Plaintiff | Active Attorneys ▾ |
|---|---|
| Johnson, David | Lead Attorney |
| | FULLER, MICHAEL |
| | Retained |

| Plaintiff | Active Attorneys ▾ |
|---|---|
| Harris, Chris | Lead Attorney |
| | FULLER, MICHAEL |
| | Retained |

Defendant

Marriott International, Inc.

## Events and Hearings

11/30/2018 Complaint ▾

Comment
Class Action Negligent Data Breach; NOT SUBJECT TO
MANDATORY ARBITRATION

11/30/2018 Service ▾

Requested By
Johnson, David, Harris, Chris

## Financial

Johnson, David

| | Total Financial Assessment | | | $265.00 |
|---|---|---|---|---|
| | Total Payments and Credits | | | $265.00 |

| 11/30/2018 | Transaction Assessment | | | $265.00 |
|---|---|---|---|---|
| 11/30/2018 | xWeb Accessed eFile | Receipt # 2018-1091995 | Johnson, David | ($265.00) |

# EXHIBIT C

1

2

3

4

5                    IN THE CIRCUIT COURT OF THE STATE OF OREGON

6                           FOR THE COUNTY OF MULTNOMAH

7   DAVID JOHNSON, CHRIS HARRIS,                    )
8   individually and on behalf of other customers,  )     Case No. 18-cv-54883
                                                     )
9                                 Plaintiff,         )     **NOTICE OF FILING OF NOTICE**
                                                     )     **OF REMOVAL**
        v.                                           )
10                                                   )
    MARRIOTT INTERNATIONAL, INC.,                    )
11                                                   )
12                                Defendant.         )
    _____        )

13

14          PLEASE TAKE NOTICE that Defendant Marriott International, Inc., by its undersigned

15   attorneys, filed a notice pursuant to 28 U.S.C. §§ 1332(d), 1441, 1446, and 1453 to remove the

16   above-captioned action from the Circuit Court for the State of Oregon for Multnomah County, in

17   which it is now pending, to the United States District Court for the District of Oregon.

18          PLEASE TAKE FURTHER NOTICE that a true and correct copy of the Notice of

19   Removal and Certificate of Service accompanies this Notice of Filing of Notice of Removal.

20   (*See* Exhibit 1.)

21          PLEASE TAKE FURTHER NOTICE THAT, pursuant to 28 U.S.C. § 1446(d), the filing

22   of the Notice of Removal and this Notice of Filing of Notice of Removal effects the removal of

23   this action to the United States District Court for the District of Oregon.

24

25

26

PAGE 1  NOTICE OF FILING OF NOTICE OF
        REMOVAL

1    Dated: December 10, 2018          Respectfully submitted,

2

3

4                                      By:    /s/ Curt R. Hineline
                                              Curt R. Hineline (Oregon Bar No. 913153)
5                                             Baker Hostetler LLP
                                              999 Third Ave., Suite 3600
6                                             Seattle, WA 98104
                                              chineline@bakerlaw.com
7                                             Ph: (206) 332-1380
                                              Fax: (206) 624-7317

8                                      Attorney for Marriott International, Inc.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

PAGE 2  NOTICE OF FILING OF NOTICE OF
        REMOVAL

1        **CERTIFICATE OF SERVICE**

2        I, Curt R. Hineline, certify that on the 10th day of December, 2018, the foregoing

3    ***NOTICE OF FILING OF NOTICE OF REMOVAL*** was served via OJD eFile, email, and first-

4    class mail, postage prepaid, on the following:

5        Michael Fuller
         OlsenDaines
6        US Bancorp Tower
         111 SW 5th Ave., Suite 3150
7        Portland, Oregon 97204
         michael@underdoglawyer.com
8
         Mark Geragos
9        Ben Meiselas
         Lori Feldman
10       Geragos & Geragos
         Historic Engine Co. No. 28
11       644 South Figueroa Street
         Los Angeles, CA 90017
12       geragos@geragos.com
         meiselas@geragos.com
13       lori@geragos.com

14       Kelly Jones
         The Law Office of Kelly Jones
15       kellydonovanjones@gmail.com

16

17                                 */s/ Curt R. Hineline*
                                   Curt R. Hineline
18
                                   *Attorney for Marriott International, Inc.*
19

20

21

22

23

24

25

26

PAGE 3  NOTICE OF FILING OF NOTICE OF
        REMOVAL

# EXHIBIT D

**From:** Michael Fuller <michael@underdoglawyer.com>
**Sent:** Monday, December 10, 2018 1:01 PM
**To:** Busen, Carey <cbusen@bakerlaw.com>
**Cc:** geragos@geragos.com; Kelly Jones <kellydonovanjones@gmail.com>; Ben Meiselas
<meiselas@geragos.com>; Lori Feldman <lori@geragos.com>; Rex Daines
<rdaines@olsendaines.com>; Yaneli M. Silva <ysilva@olsendaines.com>; Michelle Moreno
<MMoreno@olsendaines.com>
**Subject:** Re: Johnson, Harris v. Marriott International, Inc., Case No. 18CV54883

No objection. Please feel free to cc: Lori and Ben directly on all correspondence moving forward.

Thanks,

Michael Fuller
Partner
OlsenDaines
503-743-7000


On Mon, Dec 10, 2018 at 9:22 AM Busen, Carey <cbusen@bakerlaw.com> wrote:

> Counsel,
>
> BakerHostetler represents Marriott International, Inc. in the above-captioned case.  We intend to
> file a notice of removal at 5PM Eastern today.  Please let me know if your clients consent to the
> removal of this case to the United State District Court for the District of Oregon.
>
> Thank you,
> Carey Busen
>
>
> **Carey S. Busen**
> Partner
>
> BakerHostetler
> Washington Square
> 1050 Connecticut Ave, N.W. | Suite 1100
> Washington, DC 20036-5403
> T +1.202.861.1568
>
> cbusen@bakerlaw.com
> bakerlaw.com



This email is intended only for the use of the party to which it is
addressed and may contain information that is privileged,
confidential, or protected by law. If you are not the intended
recipient you are hereby notified that any dissemination, copying
or distribution of this email or its contents is strictly prohibited.
If you have received this message in error, please notify us immediately
by replying to the message and deleting it from your computer.

Any tax advice in this email is for information purposes only. The content
of this email is limited to the matters specifically addressed herein
and may not contain a full description of all relevant facts or a
complete analysis of all relevant issues or authorities.

Internet communications are not assured to be secure or clear of
inaccuracies as information could be intercepted, corrupted, lost,
destroyed, arrive late or incomplete, or contain viruses. Therefore,
we do not accept responsibility for any errors or omissions that are
present in this email, or any attachment, that have arisen as a result
of e-mail transmission.